# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-24394-RKA

| | |
|---|---|
| CITIMARK INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| V10 GLOBAL LOGISTICS & TRADING CORP. and IMC EUROPE Sp. Z o.o. sp.K, | ) ) ) ) |
| Defendants. | ) ) |

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court of the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Michael Wolak, III of the law firm Locke Lord LLP, Terminus 200, Suite 1200, 3333 Piedmont Road N.E., Atlanta, GA  30305, telephone number (404) 870-4655, for purposes of appearance as counsel on behalf of Citimark International Limited, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Wolak, III to receive electronic filings in this case, and in support thereof states as follows:

1. Michael Wolak III is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Georgia, the United States District Courts for the Northern and Middle Districts of Georgia, and the United States Court of Appeals for the Eleventh Circuit.

2. Movant Michael P. De Simone, Esquire of the law firm Locke Lord LLP, 777 South Flagler Drive, East Tower, Suite 215, West Palm Beach, Florida 33401, (561) 820-0211, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael Wolak, III has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael Wolak, III, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide

Notice of Electronic Filings to Michael Wolak, III at email address: Michael.Wolak@lockelord.com.

WHEREFORE, Michael P. De Simone, moves this Court to enter an Order authorizing Michael P. Wolak, III to appear before this Court on behalf of Citimark International Limited for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Wolak, III.

Dated:  December 21, 2021

Respectfully submitted,

/s/ Michael P. De Simone
Michael P. De Simone
Florida Bar No. 119739
michael.desimone@lockelord.com
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
(561) 833-7700

*Attorney for Citimark International Limited*

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2021, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system.

/s/ Michael P. De Simone
Michael P. De Simone

3